UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>EARNEST LEWIS WHITE,<br><br>         Defendant. | Case No. 95-cr-40036-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Earnest Lewis White's ("White") motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 29). The Court has reviewed the motion and has determined that it seeks to vacate, set aside or correct his sentence. Thus, it must be construed as a motion pursuant to 28 U.S.C. § 2255. "Any motion filed in the district court that imposed the sentence, and substantively within the scope of §2255 ¶1, *is* a motion under §2255, no matter what title the prisoner plasters on the cover." *Melton v. United States*, 359 F.3d 855, 857 (7th Cir. 2004).

This is not White's first § 2255 motion. In fact, it is at least his fifth petition. *See* 97-cv-4002-JPG, 99-cv-4039-JPG, 01-cv-01-4145-JPG and this case at Doc. 27. In order for the Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify the successive petition pursuant to 28 U.S.C. § 2255, ¶ 8. *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). It has not done so. Therefore, the Court does not have jurisdiction to entertain the pending § 2255 motion. Accordingly, the Court hereby **DISMISSES** the motion (Doc. 29) **for lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED:  August 25, 2005**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**