UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EARNEST LEWIS WHITE,<br><br>    Defendant. | Case No. 95-cr-40036-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Earnest Lewis White's motion for leave to proceed before the Court of Appeals *in forma pauperis* (Doc. 35). He is appealing the Court's decision to dismiss for lack of jurisdiction a successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 because he has not received permission from the Court of Appeals to file a second – in White's case, a fifth – or successive § 2255 motion.

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

Because it is clear that the Court's dismissal of this case was correct, White's appeal could not present any legal points that are reasonably arguable on their merits. Accordingly, the Court finds that this appeal is frivolous and in bad faith and therefore **DENIES** the motion for leave to proceed on appeal *in forma pauperis* (Doc. 35).

**IT IS SO ORDERED.**
**DATED:  November 3, 2005**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
